[No. 14200-1-III.   Division Three.   April 30, 1996.]

THE STATE OF WASHINGTON, *Appellant*, v. EDDIE
PAUL ROBERTS, *Respondent*.

Appeal from a judgment of the Superior Court for Franklin County, No. 94-1-50062-6, Duane E. Taber, J., entered July 12, 1994. *Affirmed* by unpublished per curiam opinion.

[No. 17052-3-II.   Division Two.   September 14, 1995.]

DONALD L. SHAW, *Appellant*, v. KITSAP COUNTY, ET
AL., *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 83-2-00281-0, Leonard W. Kruse, J., entered March 29, 1993. *Affirmed* by unpublished opinion per Wiggins, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 17321-2-II.   Division Two.   November 7, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD
RICHARD RUSH, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 93-1-00295-5, Edwin L. Poyfair, J., entered July 1, 1993. *Affirmed* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Houghton, JJ.

[No. 13704-0-III.   Division Three.   May 2, 1996.]

*In the Matter of the Marriage of* LINDA KAY
BENNETT, *Respondent, and* LAWRENCE G. BENNETT,
*Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 89-3-00722-6, Robert N. Hackett, Jr., J., entered November 12, 1993. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, C.J., and Sweeney, J.